**Order entered January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00975-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JOHN FLANAGAN, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-23858-V**

## ORDER

The Court **GRANTS** appellee's January 5, 2015 request for an extension of time to file his brief. We **ORDER** appellee to file his brief by **FEBRUARY 21, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ADA BROWN
        JUSTICE